

# Fourth Court of Appeals

## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-13-00203-CV

G. Ted **BALLARD**,
Appellant

v.

**WULFE INVESTMENTS LTD**,
Appellee

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-19017
Honorable Larry Noll, Judge Presiding

PER CURIAM

Sitting:     Catherine Stone, Chief Justice
             Patricia O. Alvarez, Justice
             Luz Elena D. Chapa, Justice

Delivered and Filed:  April 24, 2013

DISMISSED FOR WANT OF PROSECUTION

On March 27, 2013, we notified Appellant that the trial court clerk filed a notification of late clerk's record stating that the clerk's record has not been filed because (1) Appellant has failed to pay or make arrangements to pay the clerk's fee for preparing the record, and (2) Appellant is not entitled to appeal without paying the fee. We ordered Appellant to provide written proof to this court on or before April 8, 2013, that either (1) the clerk's fee has been paid or arrangements have been made to pay the clerk's fee; or (2) Appellant is entitled to appeal

without paying the clerk's fee.  We warned Appellant that if he failed to respond within the time provided, this appeal would be dismissed for want of prosecution.  *See* TEX. R. APP. P. 37.3(b).

To date, Appellant has not filed any response with this court.  Therefore, we dismiss this appeal for want of prosecution.  *See id.* R. 37.3(b), 42.3(c).  Costs of this appeal are taxed against Appellant.  *See id.* R. 43.4.

PER CURIAM